**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Marcos De JESUS-ZEFERINO, Defendant-Appellant.**

**No. 16-50253**

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 24, 2017

Christopher Alexander, Helen H. Hong, Colin M. McDonald, Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee.

Michael Marks, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Marcos De Jesus-Zeferino appeals from the district court's judgment and challenges the nine-month consecutive sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

De Jesus-Zeferino claims that the district court procedurally erred by failing to address his arguments for a low-end sentence. We disagree. The record reflects that the court considered De Jesus-Zeferino's arguments and sufficiently explained its reasons for concluding that a mid-range sentence was warranted. See United States v. Carty, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

De Jesus-Zeferino's unopposed motion to take judicial notice of the presentence report is granted.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.